JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRASER ROSS, et al., | CASE NO. CV 07-1147 ODW (PLAx) |
| Plaintiffs, | |
| vs. | JUDGMENT FOR DEFENDANT |
| TARGET CORPORATION, | |
| Defendant. | |

In light of this Court's July 7, 2008 Order Granting Defendant's Motion For Summary Judgment against Fraser Ross, et al., judgment is hereby entered in favor of Defendant and against Plaintiffs.

IT IS SO ADJUDGED.

Dated: July 7, 2008

_____
HON. OTIS D. WRIGHT II
United States District Judge